# GARVEY BALLOU

**A PROFESSIONAL CORPORATION**
**COUNSELLORS AT LAW**
**1973 Route 34**
**Suite 204**
**WALL, NEW JERSEY 07719**
**(732) 341-1212**
e-mail: thefirm@courthouselane.com

*Mailing Address:*
*P.O. Box 730*
*Allenwood, NJ 08720-0730*

JOSEPH J. GARVEY◻,*
ROBERT A. BALLOU, JR.**
SUZANNE WHITE BALLOU

◻CERTIFIED CIVIL TRIAL ATTORNEY
*MEMBER N.J. & D.C. BARS
**MEMBER N.J. & N.Y. BARS

OUR FILE NO.   131.25684

August 9, 2022

VIA EFILE

Civil Processing, Mercer - Law Div
Mercer County Superior Court
175 South Broad St.
Trenton, NJ 08650

    Re:    Maria Gaudioso, individually, Costco Wholesale Corporation, an entity, John and Jane Does (1-10), fictitious entities, ABC Cos (1-5), fictitious entities,
           Docket No.: MER-l-001274-22

Dear Sir/Madam:

    Enclosed you will find a Notice of Removal of Action to the United States District Court to be filed in reference to the above-entitled matter.

    Please utilize account #52715 for the appropriate filing fee.

    Thank you for your assistance.

                  Very truly yours,

                  *Robert A. Ballou*
                  ROBERT A. BALLOU, JR

RAB/dg
cc:   Beltrani/Jodi - Gallagher Bassett (1) - 003632-608277
       Marc Portlock, Esq